IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kempa, Arthur D

Printed: 7/8/08

Case Number: 04 B 37208
Judge: Hollis, Pamela S
Filed: 10/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 1, 2008
Confirmed: November 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,336.00 |  |
| Secured: |  | 150.00 |
| Unsecured: |  | 12,390.05 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 795.95 |
| Other Funds: |  | 0.00 |
| Totals: | 15,336.00 | 15,336.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Whitehall Jewelers | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Secured | 150.00 | 150.00 |
| 4. | B-Line LLC | Unsecured | 339.84 | 1,035.48 |
| 5. | ECast Settlement Corp | Unsecured | 1,268.78 | 3,865.91 |
| 6. | ECast Settlement Corp | Unsecured | 286.24 | 872.17 |
| 7. | Discover Financial Services | Unsecured | 575.41 | 1,753.35 |
| 8. | Credit First | Unsecured | 59.90 | 182.51 |
| 9. | US Bank | Unsecured | 82.43 | 251.16 |
| 10. | Juniper Bank | Unsecured | 339.84 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 345.99 | 1,054.25 |
| 12. | ECast Settlement Corp | Unsecured | 621.85 | 1,894.69 |
| 13. | ECast Settlement Corp | Unsecured | 154.75 | 471.53 |
| 14. | Resurgent Capital Services | Unsecured | 331.15 | 1,009.00 |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Fleet Credit Card Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,556.18 | $ 14,540.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 137.15 |
| 4% | 51.67 |
| 3% | 26.45 |
| 5.5% | 233.02 |
| 5% | 63.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kempa, Arthur D

Printed: 7/8/08

Case Number: 04 B 37208
Judge: Hollis, Pamela S
Filed: 10/7/04

|  |  |
|---|---|
| 4.8% | 122.70 |
| 5.4% | 161.49 |
|  | _____ |
|  | $ 795.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____